# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: October 26, 2007            **Court Reporter**: Jim Yeomans


**CASE NO. C-07-3764 JSW**

**TITLE:** Sari Issa Natour  v.  United States Department of Agriculture, et al.,


**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Orestes Cross                         No appearance by or for defendant


**PROCEEDINGS:** Initial Case Management Conference


**RESULTS:**   The defendant has been served as of this date.

       Further CMC:  1-4-08 at 1:30 p.m.
       Joint CMC Statement due:  12-28-07