AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____   District of   _____ CALIFORNIA _____

SARI ISSA NATOUR

**SUMMONS IN A CIVIL ACTION**

V.

U.S. DEPT. OF AGRICULTURE

CASE NUMBER:   C 07-03764 JSW

TO: (Name and address of Defendant)

RICHARD J. HAVEN, ADMINISTRATION REVIEW OFFICER
C/O ACTING SECRETARY CHARLES CONNER
U.S. DEPT. OF AGRICULTURE, FOOD AND NUTRITION SERVICE
11000 TRUCHARD COURT
BAKERSFIELD, CA 93312-6723

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MR. ORESTES CROSS, ATTORNEY AT LAW
C/O WALSTON LEGAL GROUP
222 COLUMBUS ST., SUITE 408
SAN FRANCISCO, CA 94133

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                      DATE

(By) DEPUTY CLERK