ORESTES A. CROSS, State Bar No. 250471
222 Columbus Avenue, Suite 420
San Francisco, California 94133
Telephone: (415) 846-9940
Facsimile: (415) 358-4496
Email: orestescross@yahoo.com

ATTORNEYS FOR PLAINTIFF SARI ISSA NATOUR

IN THE UNITED STATES DISTRIC COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI ISSA NATOUR,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPT. OF AGRICULTURE,<br><br>    Defendant | Case No. C 07-03764 JSW<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS GIVEN that the undersigned appears as counsel for Plaintiff in this matter.

Dated: October 30th, 2007                            Respectfully Submitted,

                                                                            Orestes Alexander Cross, Esq.

[Summary of pleading] - 1