CASE NAME __NATOUR V. U.S. DEPT OF AGRICULTURE__

CASE NUMBER __C 07-03764JSW__

AO 88 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint* was made by me1 | DATE 11/1/2007 4:23 PM |
|---|---|
| NAME OF SERVER (PRINT) Vincent J. Staley | TITLE PROCESS SERVER 311/Kern County |

Check one box below to indicate appropriate method of service

**DEFENDANT: U.S. DEPT. OF AGRICULTURE, FOOD AND NUTRITION SERVICE BY SERVING RICHARD HABENEN, ADMINISTRATIVE REVIEW OFFICER**

[X] Served personally upon the defendant. Place where served:
11000 TRUCHARD CT, BAKERSFIELD, CA 93312

[ ] Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/1/2007__
DATE

SIGNATURE OF SERVER

B.L.P.S./ BAKERSFIELD LEGAL PROCESS SERVICE
3845 Stockdale Highway, Suites 101-104
Bakersfield, CA 93309
Phone- (661) 837-4506

37117

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.