%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-14-07 |
| NAME OF SERVER (PRINT) PAUL CAVALLERO | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: DANNY LACKEY
US. DA's OFFICE
450 GOLDEN GATE AVE
9TH FLOOR
SAN FRANCISCO CA 94102
4:13pm

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-14-07
              Date

Signature of Server

622 COLUMBUS AVE
3RD FLOOR #320
SAN FRANCISCO CA 94113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

SARI ISSA NATOUR

V.

U.S. DEPT. OF AGRICULTURE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 07-03764 JSW

TO: (Name and address of Defendant)

Mr. Scott Schools
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Orestes Cross
C/O Walston Legal Group
222 Columbus Street, Ste. 320
San Francisco, CA 94133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                          DEC 14 2007

CLERK                                                              DATE

HILARY JACKSON
(By) DEPUTY CLERK