SCOTT N. SCHOOLS S.C. 9990
United States Attorney
JOANN M. SWANSON CSBN 88143
Chief, Civil Division
JULIE A. ARBUCKLE CSBN 193425
Assistant United States Attorney
 450 Golden Gate Avenue, 9th Floor
 San Francisco, California 94102
 E-mail: julie.arbuckle@usdoj.gov
 Telephone: (415) 436-7102
 Facsimile:  (415) 436-6748
Attorneys for the U.S. Department of Agriculture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARI ISSA NATOUR, ) | No. C 07-3764 JSW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| Defendant. ) | |

WHEREAS Plaintiff recently served the U.S. Attorney's Office as required by Federal Rule of Civil Procedure 4(i) on December 14, 2007;

WHEREAS the U.S. Department of Agriculture ("USDA") has until February 12, 2008 to file a response to Plaintiff Sari Issa Natour's ("Plaintiff") Complaint; and

WHEREAS a Case Management Conference is currently set for January 4, 2008, several weeks before the USDA's response to Plaintiff's Complaint is due;

Plaintiff and the USDA HEREBY STIPULATE AND AGREE that the Case Management Conference in the above-captioned case shall be continued to February 29, 2008, and that they shall file

///

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC - CASE NO. C 07-3764 JSW    1

a Joint Case Management Conference Statement by February 22, 2008.

Respectfully submitted,

                                                                                  SCOTT N. SCHOOLS  
                                                                                   United States Attorney

_____/s/_____                       _____/s/_____  
Orestes Alexander Cross                      Julie A. Arbuckle  
Attorney for Plaintiff                           Assistant United States Attorney  
                                                    Attorneys for the U.S. Department of  
                                                    Agriculture

Dated: December 21, 2007                     Dated: December 21, 2007

IT IS SO ORDERED.

Dated:_____                     _____  
                                                   Jeffrey S. White  
                                                   United States Chief District Judge