JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (SBN 193425)
Assistant United States Attorney
    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-7102
    Facsimile:    (415) 436-6748
    Email: julie.arbuckle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARI ISSA NATOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | No. C 07-3764 JSW<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS<br>[Fed. Rules of Civ. Proc. 4(m), 12(b)(4), 12(b)(5), and 12(b)(6)]<br><br>Date: April 4, 2008<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor |

    Federal Defendant United States Department of Agriculture's ("USDA") motion to dismiss Plaintiff Sari Issa Natour's ("Plaintiff") Complaint was heard on April 4, 2008 at 9:00 a.m. in Courtroom 2 of the above-referenced Court.  After considering all papers filed in support of and in opposition to the motion, and hearing oral argument, the Court hereby GRANTS the USDA's motion on the following grounds:

    (1) Without good cause, Plaintiff failed to serve the USDA, the U.S. Attorney's Office and the U.S. Attorney General within 120 days of filing his Complaint as Federal Rule of Civil Procedure 4(m) requires; and

    (2) The United States, not the USDA, is the only proper defendant under the Food Stamp Act (7 U.S.C. §2023) in this action appealing the USDA's final agency decision disqualifying

1  Plaintiff from participating in the Food Stamp Program.
2  The dismissal for failure to comply with Rule 4(m) is without prejudice, and the dismissal of the
3  USDA as an improper defendant is with prejudice.
4  IT IS SO ORDERED.

6  Dated: _____          _____
                                            Jeffrey S. White
7                                           United States District Judge

[PROPOSED] ORDER
C 07-3764 JSW                          -2-