1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7    SARI ISSA NATOUR
8             Plaintiff(s),                    No. C 07-03764 JSW
9        v.                                    **CLERK'S NOTICE**
10   U.S. DEPT. OF AGRICULTURE
11            Defendant(s).
12   _____/
13
14       YOU ARE HEREBY NOTIFIED that on April 4, 2008,  at 9:00 a.m., immediately following
15   the hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450
16   Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will
17   conduct the Case Management Conference **previously noticed for**  February 29, 2008 , in this
     matter.   A joint case management statement shall be due on or before March 28, 2008.
18
19                                     Richard W. Wieking
20                                     Clerk, United States District Court
21
                                       By:_____ _Jennifer Ottolini_____
22                                     Jennifer Ottolini, Deputy Clerk
                                       Honorable Jeffrey S. White
23                                     (415) 522-4173
24   Dated:  February 26, 2008
25
26
27
28