1  ORESTES A. CROSS, State Bar No. 250471
   WALSTON LEGAL GROUP, P.C.
2  222 Columbus Avenue, Suite 420
   San Francisco, California 94133
3  Telephone: (415) 956-9200
   Facsimile: (415) 956-9205
4  Email: ocross@walstonlaw.com
   ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI ISSA NATOUR, | Case No. 07-3764 JSW |
| Plaintiffs, | REQUEST FOR ENTRY OF PLAINTIFF'S DISMISSAL |
| v. | |
| U.S. DEPT. OF AGRICULUTRE | |
| Defendants. | |

Plaintiff hereby requests the Court to enter dismissal of this action pursuant to FRCP 41 (a) (1) (i).

Respectfully Submitted,

By: _____

Mr. Orestes Alexander Cross

ATTORNEY FOR PLAINTIFF

It is so ordered.

Dated:_____   _____
                                 UNITED STATES DISTRICT JUDGE

- 1 -

*Natour v. U.S. Dept. Agriculture. No. 07-03764 JSW*