ORESTES A. CROSS, State Bar No. 250471
WALSTON LEGAL GROUP, P.C.
222 Columbus Avenue, Suite 420
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: ocross@walstonlaw.com
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI ISSA NATOUR,<br><br>              Plaintiffs,<br><br>v.<br><br>U.S. DEPT. OF AGRICULUTRE<br>              Defendants. | Case No. 07-3764 JSW<br><br>REQUEST FOR ENTRY OF<br>PLAINTIFF'S DISMISSAL |

Plaintiff hereby requests the Court to enter dismissal of this action pursuant to FRCP 41 (a) (1) (i).

Respectfully Submitted,

By: _____

Mr. Orestes Alexander Cross

ATTORNEY FOR PLAINTIFF

It is so ordered.

Dated:  February 27, 2008  _____

_____
UNITED STATES DISTRICT JUDGE

THE WALSTON LEGAL GROUP
A Professional Corporation